PROB 12C
(6/16)

Report Date: October 9, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert James Barbee | Case Number: 0980 2:12CR00007-RMP-1 |
| Address of Offender: | Kennewick, Washington 99337 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: July 11, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: February 27, 2019 | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 9, 2019 |
| Defense Attorney: | John H. Loeffler | Date Supervision Expires: February 8, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by changing his living situation without advanced approval, on or prior to October 1, 2019.<br><br>On August 12, 2019, the offender signed his Judgement in a Criminal case noting he understood he was to live at an approved residence and he was not to change his living situation without advance approval.<br><br>On October 7, 2019, information was received from the offender's Department of Corrections (DOC) Community Corrections Officer (CCO), stating the offender had left the state and was no longer residing at his listed address. |

Prob12C
**Re: Barbee, Robert James**
**October 9, 2019**
**Page 2**

On October 8, 2019, contact was made at the offender's listed address where his girlfriend's mother, who stated the offender and his girlfriend had left the area on October 1, 2019, to travel to California. It was noted the offender was going to see his father. The offender had advised the girlfriend's mother that he had obtained permission to travel to California. The offender did not obtain prior approval to move or travel to California, and his whereabouts are currently unknown.

2  **Special Condition # 6**: You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for a scheduled polygraph on October 1, 2019.

On August 12, 2019, the offender signed his Judgement in a Criminal case noting he understood he was to report for periodic polygraph testing.

On September 30, 2019, the offender was contacted by phone to confirm he understood he had a polygraph examination on October 1, 2019, at 10 a.m. The offender confirmed he knew of the day and time and stated he would be there.

On October 1, 2019, the offender failed to report for his polygraph examination. He has not contacted this officer, or the sex offender treatment provider, to advise of any reason for the absence.

3  **Special Condition # 8**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by being removed from sex offender treatment on October 3, 2019.

On August 12, 2019, the offender signed his Judgement in a Criminal case noting he understood he was to actively participate and successfully complete a state-certified sex offender treatment program.

On September 24, 2019, the offender contacted his sex offender treatment provider at Riverview Counseling and advised he was having medical issues and would not be able to make his treatment session. The offender was excused from the treatment session but was advised he was to report for a polygraph examination on October 1, 2019. As noted within violation number 2, the offender failed to report for the polygraph examination. The offender then also missed his group and individual treatment sessions on October 1, 2019. As the offender has made himself unavailable, he was terminated from sex offender treatment at Riverview Counseling on October 3, 2019.

Prob12C
**Re: Barbee, Robert James**
**October 9, 2019**
**Page 3**

| | | |
|---|---|---|
| | 4 | **Special Condition #3:** You shall register as a sex offender., according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer. |

        **Supporting Evidence:** The offender is considered to be in violation of his period of supervised release by failing to register as required by state law.

        On August 12, 2019, the offender signed his Judgement in a Criminal case noting he understood he was to register as a sex offender.

        On October 1, 2019, the offender's assigned Washington State CCO advised a DOC warrant was going to be issued as the offender had left the area. Personal contact was made at the offender's residence with his girlfriend's mother on October 8, 2019, and it was confirmed he had not been at the residence since the early morning of October 1, 2019.

        Individuals required to register in the State of Washington have 3 days to register a new address with law enforcement. The offender was last known to be residing at his registered address in Kennewick on October 1, 2019. He has not registered at any additional address to date.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 9, 2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

10/9/2019

Date