PROB 12C
(6/16)

Report Date: December 4, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert James Barbee      Case Number: 0980 2:12CR00007-RMP-1

Address of Offender:                          Kennewick, Washington 99337

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: July 11, 2013

Original Offense:        Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 24 months           Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 6 months
February 27, 2019        TSR - 30 months

Asst. U.S. Attorney:     Matthew F. Duggan            Date Supervision Commenced:  August 9, 2019

Defense Attorney:        John H. Loeffler             Date Supervision Expires: February 8, 2022

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/09/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

       5                **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

                        **Supporting Evidence**: The offender is considered to be in violation of his supervised release conditions by committing the offense of failing to register as a sex offender in the first degree, on or prior to October 17, 2019.

                        On August 12, 2019, the offender signed his Judgement in a Criminal Case noting he understood he was not to commit another state crime.

                        On October 17, 2019, the offender was charged in Benton County Superior Court under case number 19-1-01482-03, on one count of felony failing to register as a sex offender, under R.C.W. 9A.44.132(1)(a)(i). Currently a bench warrant remains outstanding on the charge.

Prob12C
**Re: Barbee, Robert James**
**December 4, 2019**
**Page 2**

According to the Probable Cause report on the charge noted above, on October 17, 2019, detectives with the Benton County Sheriff's Department contacted the offenders roommate at his listed address and confirmed the offender was no longer living there. It also noted the offender failed to provide notification to the sheriff's department of a change of address.

6   **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court of the probation officer.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by knowingly leaving the Eastern District of Washington without obtaining prior approval on or about October 28, 2019.

On August 12, 2019, the offender signed his Judgement in a Criminal Case noting he understood he was not to leave the Eastern District of Washington without first obtaining permission.

As noted within the Petition dated October 9, 2019, under Violation Number 1, it was discovered the offender had left his residence on October 7, 2019, and his whereabouts were unknown. A bench warrant was issued by the Court due to the alleged violations within the Petition.

On October 30, 2019, an Incident Report from the Stockton Police Department in California was received stating information had been obtained indicating the offender was in the Stockton area. The report stated that on October 28, 2019, officers were able to locate the offender near a homeless shelter and they attempted to contact him. When the offender saw the officers, he attempted to run from them. He was apprehended as he attempted to run up an embankment. The incident report also noted the offender admitted to leaving "Washington at the end of September and traveled straight to Stockton." The offender was taken into custody on an outstanding Washington State Department of Corrections warrant. He was later taken into custody on his federal warrant on November 27, 2019.

The offender had not received permission to leave the Eastern District of Washington or to be in California.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 4, 2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Barbee, Robert James**
**December 4, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/4/2019
Date